

Stradley Ronon Stevens & Young, LLP
Suite 2600
2005 Market Street
Philadelphia, PA  19103-7018
Telephone  215.564.8000
Fax  215.564.8120
www.stradley.com

**Ian M. Long**
ilong@stradley.com
215.564.8558

October 5, 2015

**FILED ELECTRONICALLY**

| | |
|---|---|
| The Honorable Kevin McNulty | The Honorable Michael A. Hammer |
| U.S. District Court for the | U.S. District Court for the |
| District of New Jersey | District of New Jersey |
| Martin Luther King, Jr. Federal Building and | Martin Luther King, Jr. Federal Building and |
| U.S. Courthouse | U.S. Courthouse |
| 50 Walnut Street | 50 Walnut Street |
| Room PO 04 | Room MLK 2C |
| Newark, NJ  07101 | Newark, NJ  07101 |

Re: **Premier Surgical Pavilion, LLC v. UnitedHealthcare Insurance Company of New York, et al.**
**U.S. District Court of New Jersey**
**Civil Action No.  2:15-cv-06516-KM-MAH**

Dear Judge McNulty and Magistrate Judge Hammer:

We represent Defendants UnitedHealthcare Insurance Company of New York and UnitedHealthcare Service LLC in the above-referenced matter.  On behalf of all parties, I write to inform the Court that the parties have agreed to a full and final settlement of this matter, and that Plaintiff will file a Notice of Dismissal with Prejudice after all terms of the settlement have been completed.

Respectfully,

Ian M. Long

via Court's electronic server to:
cc:    Francis X. Manning, Esq.
       Ebony L. Riley, Esq. (Counsel for Plaintiff)
       Rachel R. Hager, Esq. (Counsel for Defendant Viant Payment Systems, Inc.)